**Motion GRANTED and Order filed April 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00226-CV

_____

## IN RE METROPOLITAN WATER COMPANY, L.P. AND MET WATER VISTA RIDGE, L.P., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 37412**

## ORDER

On March 30, 2022, relators In re Metropolitan Water Company, L.P. and Met Water Vista Ridge, L.P., filed a petition for writ of mandamus in this court. Relators asks this court to compel the Honorable Carson Campbell, Judge of the 21st District Court, in Washington County, Texas, to set aside his March 25, 2022 order directing relators to produce electronic storage devices for forensic imaging and discovery.

Relators also filed an emergency motion for temporary relief. On March 30, 2022, we entered an order, which stayed the March 25, 2020 order and the turning over of any forensic images already obtained, if any, until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

On March 31, 2022, relators filed a motion for clarification of our March 30, 2022 stay order. We **GRANT** the motion and **ORDER** CyberEvidence to safely and securely hold any data collected without performing any analysis or other work on the data or disclosing the data to anyone pending a final decision on by this court on relators' petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Chief Christopher and Justices Wise and Hassan.